AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricardo Lopez | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 05-CV-585 |
| v. | |
| Supt. Donnelly, et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Date: November 1, 2005                           RODNEY C. EARLY,
                                                            CLERK

                                           By: s/Deborah M. Zeeb
                                                Deputy Clerk